### UNITED STATES of America, Plaintiff–Appellee

v.

### Rigoberto GONZALEZ–LUNA, also known as Riboberto Luns Gonzalez, also known as Leonardo LNU, also known as Rigoberto Gonzalez–Luna, also known as Rigoberto Tomas Gonzalez, Defendant–Appellant

### No. 15-20732
### Summary Calendar

United States Court of Appeals, Fifth Circuit.

Date Filed: 10/19/2016

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee

Rigoberto Gonzalez Luna, Pro Se

Before JONES, WIENER, and CLEMENT, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Rigoberto Gonzalez Luna has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Gonzalez Luna has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.